CRISTINA L. TALLEY, CITY ATTORNEY
GREGG M. AUDET (SBN 158682)
E-mail: gaudet@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California  92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendant CITY OF ANAHEIM,
and OFFICER TIM SCHMIDT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MOCK, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANAHEIM; ANAHEIM POLICE DEPARTMENT; OFFICER TIM SCHMIDT; and DOES 1-25 inclusive,<br><br>Defendants. | Case No.:   SACV12-829 CJC (MLGx)<br><br>**[PROPOSED] PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION**<br><br>SCHEDULING CONFERENCE<br>DATE:         November 19, 20112<br>CTRM:         9B<br><br>Action Filed: April 16, 2012<br>Trial Date:   None set |

The parties stipulated to a protective order re confidential information that was filed on or about November 20, 2012, and seek to have a protective order entered by the Court based on that stipulation.

IT IS SO ORDERED:

November 20. 2012

**MARC L. GOLDMAN**

HON. MARC L. GOLDMAN
United States Magistrate Judge

92153