MICHAEL R.W. HOUSTON,
CITY ATTORNEY
GREGG M. AUDET (SBN 158682)
E-mail: gaudet@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendant CITY OF ANAHEIM, and OFFICER TIM SCHMIDT

SAYRE & LEVITT, LLP
Federico Sayre (SBN 067420)
Mahadhi Corzano (SBN 254905)
333 Civic Center Drive West
Santa Ana, CA 92701
Tel: (714) 550-9117 Fax: (714) 716-8445

Attorneys for Plaintiff TRAVIS MOCK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TRAVIS MOCK, an individual,,

Plaintiff,

v.

CITY OF ANAHEIM; ANAHEIM POLICE DEPARTMENT; OFFICER TIM SCHMIDT; and DOES 1-25 inclusive,

Defendants.

Case No.: SACV12-829 BOS(Ex)

Assigned to: Hon. Beverly Reid O'Connell
Dept: 14

**SECOND AMENDED JOINT EXHIBIT LIST**

Pre Trial Conference:
Date: September 23, 2013
Time: 3:00 p.m.
Courtroom: 14

Trial Date: October 22, 2013
Time: 8:30 a.m.
Courtroom: 714

Defendants, City Of Anaheim and Officer Tim Schmidt, and Plaintiff Travis Mock hereby submit the following Joint Exhibit List pursuant to Local Rule 16-6.1:

| <u>Mock v. Anaheim, et al.</u> | | Case No.: SACV12-829 BOS(Ex) | |
|---|---|---|---|
| **Ex. #** | **Description of Exhibit** | **Objection/Reason for Objection** | **Reason for Admissibility** |
| 1. | Photos of cell phone [D000504] | | Admission Stipulated |
| 2. | [Withdrawn] | | |
| 3. | Photos of cell phone [D000508] | Relevance – FRE 401 Prejudicial – FRE 403: The photograph depicts a toddler with the word "skum-fuck". The Parties have already agreed to introduce a photograph of Plaintiff Mock's cellular phone to support Defendant's defense, thus making this exhibit duplicative. Also, the photograph is highly prejudicial since it is targeted to show Plaintiff as violent person. Also, the photograph is not relevant since Plaintiff's cellular phone was | The Photos of plaintiff's cell phones are relevant because they demonstrate that the phones could be turned on to access information that would identify Mock, which gave him motive to clutch the phone as he ran. Any potential prejudice can be cured with a proper limiting instruction. |


| Mock v. Anaheim, et al. | | Case No.: SACV12-829 BOS(Ex) | |
|---|---|---|---|
| **Ex. #** | **Description of Exhibit** | **Objection/Reason for Objection** | **Reason for Admissibility** |
| | | turned off during the entire time the incident occurred, hence there is no reason to have a photographs of Plaintiff's cellular phone turned on. | |
| 4. | Scene photo 1 [FXCD0035] | Foundation – FRE 602 | Plaintiff will establish Foundation. |
| 5. | Photo of plaintiff's arm injury. | Relevance – FRE 401 Prejudicial – FRE 403: The photograph depicts Plaintiff's bare left arm that is full of tattoos of skulls and an anarchy insignia and a scratch to his wrist. Plaintiff has not alleged injury to his left wrist and is not seeking damages. Moreover, the photograph is highly prejudicial because the tattoos will evoke | The photo depicts an abrasion on the back of plaintiff's wrist which is probative of the disputed issue of how plaintiff fell during the incident. Extensive tattoos may also be relevant to plaintiff's damage claims. Any potential prejudice can be cured with a proper limiting instruction. |

| **Mock v. Anaheim, et al.** | | **Case No.: SACV12-829 BOS(Ex)** | |
|---|---|---|---|
| **Ex. #** | **Description of Exhibit** | **Objection/Reason for Objection** | **Reason for Admissibility** |
| | | emotional bias against Plaintiff. | |
| 6. | Photos of silver car | | Admission Stipulated |
| 7. | Scene photo 2 [FXCD0006] | | Admission Stipulated |
| 8. | Photos of scene | Foundation – FRE 602 | Plaintiff will establish Foundation. |
| 9. | Scene photo 3 [FXCD0022] | | Admission Stipulated |
| 10. | Scene photo 4 [FXCD0027] | | Admission Stipulated |
| 11. | Mock photo 1 [FXCD0003] | | Admission Stipulated |
| 12. | Schmidt photo 1 [FXCD0003] | | Admission Stipulated |
| 13. | 2/17/11 Mock Interview [D000192-245] | | |
| 14. | 9/3/10 Notice re Parole [D000797] | Hearsay – FRE 802 Relevance – FRE 401 Prejudicial – FRE 403: The Notice re Parole has no bearing in this case since it was discovered | Mock's signed acknowledgement showing that he was a parolee at time of incident is probative of his motive to flee and motive to clutch |

| **Mock v. Anaheim, et al.** | | **Case No.: SACV12-829 BOS(Ex)** | |
|---|---|---|---|
| **Ex. #** | **Description of Exhibit** | **Objection/Reason for Objection** | **Reason for Admissibility** |
| | | after the incident that Plaintiff was a parolee. Moreover, the document will be highly prejudicial because it will evoke an emotional bias against Plaintiff for being a parolee. | his cell phone from his pocket. Mock's parolee status is also relevant to plaintiff's damage claims for economic loss |
| 15. | Plaintiff's responses to request for admissions | Relevance – FRE 401 Prejudicial – FRE 403, 609 | Admitted felony convictions admissible under FRE 609. |
| 16. | 2/17/11 OCDA Supplemental Report [D000075-77] | Hearsay – FRE 802 Relevance – FRE 401 Prejudicial – FRE 403: The District attorney report should be excluded because the information in the report was gathered from several witnesses, officers and attorneys. Moreover, the DA report sets forth facts of the | Defendants offer this document solely for its description of the physical evidence obtained from plaintiff after the incident, including the clothing that plaintiff was wearing *during* the incident. Plaintiff's objections can be resolved by redaction of |

| **Mock v. Anaheim, et al.** | | **Case No.: SACV12-829 BOS(Ex)** | |
|---|---|---|---|
| **Ex. #** | **Description of Exhibit** | **Objection/Reason for Objection** | **Reason for Admissibility** |
| | | case, based on several witnesses testimony, that occurred before the incident and after the incident, discusses the law, has legal analysis, and makes an opinion regarding Defendant's culpability. | extraneous material or stipulation. |
| 17. | 2007/08/02 APD Policy 300 – Use of Force [D000847-51] | | |
| 18. | APD Use of Force Training Bulletin [D000874-76] | | |
| 19. | Scene photo 5 [FXCD0002] | Foundation – FRE 602 | The photograph illustrates the cul de sac and scene of the incident |
| 20. | Scene photo 6 [FXCD0003] | | Admission Stipulated |
| 21. | Scene photo 7 [FXCD0015] | Foundation – FRE 602 | Plaintiff will establish Foundation. |

| **Mock v. Anaheim, et al.** | | **Case No.: SACV12-829 BOS(Ex)** | |
|---|---|---|---|
| **Ex. #** | **Description of Exhibit** | **Objection/Reason for Objection** | **Reason for Admissibility** |
| 22. | Scene photo 8 [FXCD0016] | Foundation – FRE 602 | Plaintiff will establish Foundation. |
| 23. | Scene photo 9 [FXCD0036] | Foundation – FRE 602 | Plaintiff will establish Foundation. |
| 24. | Mock photo 2 [FXCD0016] | | Admission Stipulated |
| 25. | Mock photo 3 [FXCD0017] | | Admission Stipulated |
| 26. | Western Medical Center – Medical Records [D000520-523; 530-541; 565; 569-579; 600-606; 673-674; 686-697; 708; 710-713; 725-729] | Foundation – FRE 602 Hearsay – FRE 802 | Supports Plaintiff's injuries that resulted from his gunshot wound |
| 27. | Western Medical Center – Billing Records [7 pages] | Foundation – FRE 602 Hearsay – FRE 802 Disclosure – FRCP 26 | Supports Plaintiff's outstanding medical expenses. |
| 28. | Isaac Schmidt, M.D. – Billing Records [1 page] | Foundation – FRE 602 Hearsay – FRE 802 | Dr. Schmidt will testify as to the amount he charged Plaintiff to examine |

| **Mock v. Anaheim, et al.** Case No.: SACV12-829 BOS(Ex) | | | |
|---|---|---|---|
| **Ex. #** | **Description of Exhibit** | **Objection/Reason for Objection** | **Reason for Admissibility** |
| | | | him. |
| 29. | 10/11/12 report of orthopaedic consultation of Dr. Isaac Schmidt | [Per stip. - to refresh recollection only] | [not for admission] |
| 30. | 6/25/13 report of Joe Callanan | [Per stip. - to refresh recollection only] | [not for admission] |
| 31. | 6/26/13 report of Dr. Robert Baird | [Per stip. - to refresh recollection only] | [not for admission] |
| 32. | 7/27/13 report of Roger Clark | [Per stip. - to refresh recollection only] | [not for admission] |
| 33. | 8/7/13 supplement report of Dr. Isaac Schmidt | [Per stip. - to refresh recollection only] | [not for admission] |
| 34. | District Attorney Letter Re: Officer Involved Shooting [D001037] | Relevance – FRE 401<br>Prejudicial – FRE 403<br>Foundation – FRE 602<br>Hearsay – FRE 802 | Supports officer's failure to abide by police practice and guidelines and to credibility |

Dated: October 21, 2013

MICHAEL R.W. HOUSTON,
CITY ATTORNEY

By: /s/ Gregg M. Audet
Gregg M. Audet
Attorneys for Defendants
City of Anaheim and
Officer Tim Schmidt

Dated: October 21, 2013

SAYRE & LEVITT, LLP

By: /s/ Mahadhi Corzano
Federico Sayre
Mahadhi Corzano
Attorneys for Plaintiff Travis Mock

97340