**SAYRE & LEVITT, LLP**
Federico Castelan Sayre, Esq., SBN 067420
*sayreesq@sayrelevitt.com*
Mahadhi Corzano, Esq., SBN 254905
*mcorzano@sayrelevitt.com*
333 Civic Center Drive West
Santa Ana, California 92701-3452
Telephone: (714) 550-9117
Facsimile: (714) 716-8445

Attorneys for Plaintiff TRAVIS MOCK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MOCK, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF ANAHEIM; ANAHEIM POLICE DEPARTMENT; OFFICER TIM SCHMIDT; and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 8:12-cv-829-BRO-E <br><br> **STIPULATION TO DISMISSAL PURSUANT TO FRCP 41(A)(1)** |

    IT IS HEREBY STIPULATED by and between Plaintiff, TRAVIS MOCK and Defendants, CITY OF ANAHEIM and OFFICER TIM SCHMIDT, through their respective counsel of record that the above-captioned action be and here by is dismissed with prejudice as to all parties and causes of action pursuant to Federal Rules of Civil Procedure § 41(a)(1). The parties are to bear their own costs and attorney's fees.

| | | |
|---|---|---|
| 1 | DATED: November 11, 2013 | SAYRE & LEVITT, LLP |
| 2 | | |
| 3 | | By: _/s/ Mahadhi Corzano_____ |
| 4 | | Federico Castelan Sayre |
| | | Mahadhi Corzano |
| 5 | | Attorneys for Plaintiff |
| 6 | | TRAVIS MOCK |
| 7 | | |
| 8 | | |
| 9 | DATED: November 11, 2013 | MICHAEL R. W. HOUSTON, CITY ATTORNEY |
| | | GREGG M. AUDET, Deputy City Attorney |
| 10 | | |
| 11 | | By: _/s/ Gregg M. Audet_____ |
| 12 | | Gregg M. Audet, Esq. |
| | | Attorneys for Defendants |
| 13 | | CITY OF ANAHEIM and |
| | | OFFICER TIM SCHMIDT |

STIPULATION OF DISMISSAL