1
2
3
4
5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MOCK,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY OF ANAHEIM; ANAHEIM POLICE DEPARTMENT; OFFICER TIM SCHMIDT; and DOES 1-50, inclusive,<br><br>           Defendants. | Case No.: 8:12-cv-829-BRO-E<br><br>**ORDER OF DISMISSAL PURSUANT TO STIPULATION UNDER FEDERAL RULE OF CIVIL PROCEDURE, RULE 41(A)(1)** |

     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their respective counsel of record, having stipulated and agreed that this action be and hereby is dismissed, with prejudice, with each side to bear its own costs and fees.

**IT IS SO ORDERED**.

DATED:                                                         _____
                                                                    Hon. Beverly Reid O'Connell
                                                                    U.S. District Court Judge